NUMBER 13-04-131-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
__________________________________________________________________

KEITH JONES,                                                                  Appellant,

v.

THE STATE OF TEXAS,                                                      Appellee.
__________________________________________________________________

On appeal from the 28th District Court of Nueces County, Texas.
___________________________________________________________________

MEMORANDUM OPINION

Before Justices Rodriguez, Castillo, and Garza
Opinion Per Curiam

         Appellant, KEITH JONES, attempted to perfect an appeal from an order denying
his motion for an evidentiary hearing. On March 11, 2004, we notified appellant that
it appeared that the order from which he was attempting to appeal was not an
appealable order and we would dismiss the appeal unless we received a response
showing grounds for continuing the appeal. To date, appellant has failed to file a
response showing grounds for continuing the appeal.
         The Court, having considered the documents on file, is of the opinion that the
appeal should be dismissed for want of jurisdiction. The appeal is hereby DISMISSED
FOR WANT OF JURISDICTION.
                                                                                 PER CURIAM
Do not publish.
Tex. R. App. P. 47.2(b).
Opinion delivered and filed this
the 3rd day of June, 2004.